UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-5-19

---

SHAWN JULY

        Plaintiff,        18cv8431 (JGK)

- against -        ORDER

NEW YORK CITY et al.,

        Defendants.

---

**JOHN G. KOELTL, District Judge:**

The plaintiff will file an amended complaint by **December 20, 2019**. The defendants will move or answer by **January 17, 2020**. If there is a motion, the plaintiff will respond by **February 7, 2020**. The defendants will then reply by **February 19, 2020**.

The deadline for the defendants to comply with the order pursuant to Valentin v. Dinkins, 121 F.3d 72, 76 (2d Cir. 1997), is extended to **January 3, 2020**.

**SO ORDERED.**

Dated:    New York, New York
          December 4, 2019

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                      United States District Judge