| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>SHAWN JULY,<br><br>       Plaintiff,<br><br>   -against-<br><br>NEW YORK CITY, et al.,<br><br>       Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 3/11/2020<br><br>1:18-cv-08431-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

  Plaintiff requests an extension of time to oppose Defendants' motion to dismiss the Amended Complaint (ECF #40). Defendant does not oppose the request, but did file a letter detail certain apparent failings of the meet and confer process (ECF #41).

  Notwithstanding that the application was filed on the day the opposition was due in violation of the Court's Individual Practice Rules, the request for a 30 day extension of time to file is GRANTED. Plaintiff's opposition must be filed on or before April 8, 2020. Defendants' reply, if any, is due by April 22, 2020. The Parties are reminded of the need to meet and confer in good faith, which would presumably include explaining to an adversary the reasons an extension is needed. No further extensions will be granted. In the future, failure to comply with the Court's Individual Practice Rules will result in denial of the relief requested.

SO ORDERED

Date: March 11, 2020  
    New York, NY

                 _____  
                 MARY KAY VYSKOCIL  
                 United States District Judge