# SIM & DEPAOLA, LLP

Attorneys-at-Law
42-40 Bell Boulevard
Suite 201
Bayside, New York 11361
Tel: (718) 281-0400
Fax: (718) 631-2700

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2020

April 6, 2020

**VIA ECF**

Honorable Mary Kay Vyskocil, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:     *Shawn July v. City of New York, et al.*
>         **18-CV-8431 (MKV)**

Your Honor,

Please accept this joint letter motion from all represented parties requesting a sixty-day stay of the above-referenced matter. This stay would extend the due date for plaintiff's opposition to defendants' motion to dismiss, from April 8, 2020, until June 8, 2020, and the date for defendants' reply, from April 22, 2020, until June, 2020. Plaintiff does not believe any other deadlines will be affected by the proposed stay.

Plaintiff has conferred with defendants and they have joined in this request for a sixty-day stay to the proceedings. No previous request to stay the proceedings has been made, but plaintiff has previously requested a thirty-day extension of time to submit his opposition to defendants' motion to dismiss, which was granted by this Court.

Thank you for your consideration of the above.

Respectfully submitted,

DENIED without prejudice to renewal. The application does not state why the request is being made.

Date: 4/8/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

/s/ Samuel C. DePaola
Samuel C. DePaola, Esq.
sdepaola@simdepaola.com