# SIM & DEPAOLA, LLP

Attorneys-at-Law
42-40 Bell Boulevard
Suite 201
Bayside, New York 11361
Tel: (718) 281-0400
Fax: (718) 631-2700

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2020
```

April 8, 2020

**VIA ECF**
Honorable Mary Kay Vyskocil, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Shawn July v. City of New York, et al.*
                **18-CV-8431 (MKV)**

Your Honor,

      Plaintiff apologies for the oversight and hereby respectfully requests to renew the previously submitted letter motion, dated April 6, 2020, seeking a sixty-day of the proceedings.

      Said stay is sought due to the ongoing COVID-19 pandemic, which has severely hindered the parties' abilities to perform once routine tasks, including the ability to obtain and access necessary documents and office utilities.

      This stay would extend the due date for plaintiff's opposition to defendants' motion to dismiss, from April 8, 2020, until June 8, 2020, and the date for defendants' reply, from April 22, 2020, until June 22, 2020. Plaintiff does not believe any other deadlines will be affected by the proposed stay.

      Plaintiff has conferred with defendants and they have joined in this request for a sixty-day stay to the proceedings. One previous request to stay the proceedings has been made, which was denied, without prejudice, and with leave to renew, by this Court.

      Thank you for your consideration of the above.

GRANTED. All deadlines are adjourned 60 days. Plaintiff's opposition to the pending motion to dismiss is thus due on June 8, 2020. Defendant's reply, if any, is due June 22, 2020. SO ORDERED.

Date: 4/8/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Respectfully submitted,

/s/ Samuel C. DePaola
Samuel C. DePaola, Esq.
sdepaola@simdepaola.com