```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2023
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAWN JULY<br><br>                Plaintiff,<br><br>     -against-<br><br>CITY OF NEW YORK, individually and in their official capacities, DET. LANE, C.O. ALASAN HENRY, C.O WALLACE, C.O. ARIAS, C.O. LAMAR, C.O. CAI, CPT. VISMALE, CPT. SANTOS, CPT. NORTON, WARDEN SAUNDERS and JOHN or JANE DOES 1-10<br><br>                Defendants. | 1:18-cv-8431<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge

The Court directs counsel for all parties to appear for a Status Conference on February 15, 2023 at 11:00 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

A week before the Conference, the parties shall file on the docket a joint status letter, advising the Court of any developments in the case and the status, but not the substance, of any settlement negotiations.

**SO ORDERED.**

*[signature: Mary Kay Vyskocil]*

**Date:  January 9, 2023**                                  **MARY KAY VYSKOCIL**
       **New York, NY**                                        **United States District Judge**